| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br><br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 18-26860-ABA<br><br>CHAPTER 13<br><br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br>**Mitchell A Sands,**<br>          **Debtor.** | |

# OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2009-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-FT1 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 2), and states as follows:

1. Debtor, Mitchell A Sands, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 22, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 101 COUNTRY CLUB DR, LINWOOD, NJ 08221, by virtue of a Mortgage recorded on January 24, 2003 in Book 9600, at Page 3008574 of the Public Records of Atlantic County, NJ. Said Mortgage secures a Note in the amount of $300,000.00.

3. The Debtor filed a chapter 13 plan on August 22, 2018.

4. The Plan fails to mention the total amount of arrears owed. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $809.26. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $809.26 as the pre-petition arrearage over the life of the plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone Number 470-321-7112

    By: /s/Harold Kaplan
    Harold Kaplan, Esquire
    NJ Bar Number HK-0226
    Email: hkaplan@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br><br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 18-26860-ABA<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br>**Mitchell A Sands,**<br>     **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan, represent U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2009-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-FT1 in this matter.

2. On 8/31/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

8/31/2018

                        RAS Crane, LLC
                        Attorney for Secured Creditor
                        10700 Abbott's Bridge Road, Suite 170
                        Duluth, GA 30097
                        Telephone Number 470-321-7112

                        By: /s/Harold Kaplan
                        Harold Kaplan, Esquire
                        NJ Bar Number HK-0226
                        Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas E. Dowey<br>Law Office of Thomas Dowey<br>1423 Tilton Road<br>Suite 8<br>Northfield, NJ 08225 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Mitchell A Sands<br>101 Country Club Drive<br>Linwood, NJ 08221 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |